UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CHARLES L. DILLARD, Individually AND ON BEHALF OF THE ESTATE OF REGINA R. DILLARD and JACQUELINE DILLARD | : | CIVIL ACTION NO. 5:16-cv--0093 |
| VERSUS | : | JUDGE FOOTE |
| ROBERT L. HUNTER, ET AL | : | |
| | : | MAGISTRATE JUDGE HAYES |

## FIRST SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES, WRONGFUL DEATH AND SURVIVAL ACTION

**NOW INTO COURT** come Petitioners, CHARLES L. DILLARD and JACQUELINE DILLARD (respectively, husband and daughter of Regina R. Dillard) Individually and on behalf of the Estate of REGINA R. DILLARD, domiciliaries of Ouachita Parish, Louisiana, who for the purposes of filing this First Supplemental and Amended Petition for Damages, Wrongful Death and Survival Action, with respect represents:

I.

Petitioners show that on June 21, 2016, Defendants filed an Amended Answer to Petitioners' Petition for Damages with this Honorable Court. Within Defendants' Amended Answer, Defendants allege that another party may bare some liability in relation to this case.

II.

By consent of the parties and through leave of Court, Petitioners desire to file this First Supplemental and Amended Petition for Damages, Wrongful Death and Survival Action by including and adding the following named Defendants to Paragraph 1:

"1.

Petitioners name as additional defendants in this matter:

a) **WABASH NATIONAL CORPORATION, ("Wabash"),** a foreign corporation authorized to do and doing business in the State of Louisiana whose registered agent for service of process is Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana, 70802; and

b) **WABASH NATIONAL CORPORATION d/b/a BENSON, ("Benson/Wabash"),** a foreign corporation authorized to do and doing business in the State of Louisiana whose registered agent for service of process is Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana, 70802."

III.

Petitioners desire to supplement and amend their Petition for Damages, Wrongful Death and Survival Action by adding the following paragraph to Paragraph 12:

"12.1

Based upon information and belief, the bumper and/or bumper tube on the 2013 FONTAINE flatbed trailer which was inadequate and/or defective, was constructed and/or built and/or manufactured by Defendants, WABASH and/or BENSON/WABASH, and is responsible for any and all such inadequacies or defects as the manufacturer of the bumper and/or bumper tube on the FONTAINE flatbed trailer. The impact guard and/or crash bar and/or bumper guard on said Defendant, FONTAINE flatbed trailer and Defendants, WABASH and/or BENSON/WABASH, upon information and belief to Petitioners, had not been tampered with or bothered by anyone prior to the incident in question, and furthermore, plaintiffs, Charles Dillard and his deceased wife, Regina Dillard were relying on the impact guard and/or crash bar and/or bumper guard and/or bumper tube in such an incident as this."

IV.

Petitioners desire to supplement and amend their Petition for Damages, Wrongful Death and Survival Action by adding the following paragraph to Paragraph 13:

"13.1

The impact guard and/or crash bar and/or bumper tube on Defendant FONTAINE's trailer manufactured by Defendants, WABASH and/or BENSON/WABASH, was unreasonably dangerous in construction and/or composition was inadequate and/or defective, and was constructed and/or built and/or manufactured at the time the product left the control of defendants, WABASH and/or BENSON/WABASH, and at the time of the accident. The trailer, impact guard and/or the crash bar and/or bumper tube was unreasonably dangerous in construction and/or composition was inadequate and/or defective, and was constructed and/or built and/or manufactured, installed, and put into commerce by Defendant, FONTAINE and Defendants, WABASH and/or BENSON/WABASH. Further, the rear impact crash bar, impact guard and/or the crash bar and/or bumper tube failed to comply with the State and Federal Regulations and/or laws as well as failed to meet strength and energy absorption requirements, as is evidenced by the fact and manner in which it failed under impact."

V.

Petitioners desire to supplement and amend their Petition for Damages, Wrongful Death and Survival Action by adding the following paragraph to Paragraph 14:

"14.1

The trailer, impact guard and/or crash bar and/or bumper guard and/or bumper tube located on Defendant FONTAINE's flatbed trailer in question did not operate as intended by Defendant, FONTAINE nor as intended by Defendants, WABASH and/or BENSON/WABASH."

VI.

Petitioners desire to supplement and amend their Petition for Damages, Wrongful Death and Survival Action by adding the following paragraph to Paragraph 15:

"15.1

Had the crash bar and/or impact guard and/or bumper guard and/or bumper tube on the above named flatbed trailer functioned as intended, Regina Dillard would not have suffered the fatal injuries, and at the very least had the crash bar and/or impact guard and/or bumper guard and/or bumper tube functioned as intended, Charles Dillard, husband of Regina Dillard, would not have suffered a lost chance of survival for his wife, and Jacqueline Dillard would not have suffered the lost chance of survival for her mother. Alternatively, as a result of the failure of the impact guard and/or crash bar and/or bumper guard and/or bumper tube to function properly and/or as intended, Charles Dillard, husband of Regina Dillard, suffered a lost chance of survival for his wife.

**WHEREFORE, PETITIONERS PRAY** that this First Supplemental and Amending Petition for Damages, Wrongful Death and Survival Action be served with a copy of the original Petition for Damages, Wrongful Death and Survival Action, and after all due proceedings are had, that there be Judgment in favor of Petitioners and against Defendants, in an amount commensurate with the losses set forth in Petitioners' original and First Supplemental Petition for Damages, Wrongful Death and Survival Action.

Respectfully submitted:

Guerriero & Guerriero
2200 Forsythe Avenue
Monroe, Louisiana 71201
Tel: (318) 325-4306
Fax:         (318) 323-8406

By:____/s/ Jeffrey D. Guerriero____