UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| CHARLES L. DILLARD, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF REGINA R. DILLARD AND JACQUELINE DILLARD | : | CIVIL ACTION NO. 5:16-CV-00093 |
| VERSUS | : | JUDGE ELIZABETH E. FOOTE |
| ROBERT L. HUNTER, MONTGOMERY TRANSPORT, LLC, FONTAINE COMMERCIAL TRAILER, INC. AND GREAT WEST CASUALTY COMPANY | : | MAGISTRATE JUDGE KAREN HAYES |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, come Plaintiffs, CHARLES L. DILLARD, individually and on behalf of the estate of Regina R. Dillard, and JACQUELINE DILLARD, and Defendants, ROBERT L. HUNTER, MONTGOMERY TRANSPORT, LLC, GREAT WEST CASUALTY COMPANY, FONTAINE COMMERCIAL TRAILER, INC., TRANSCRAFT CORPORATION incorrectly referred to as Wabash National Corporation d/b/a Benson, and SOUTHLAND INTERNATIONAL TRUCKS, INC., who respectfully submit that the above entitled and numbered cause has been fully compromised with regards to any and all claims asserted by Plaintiffs against all Defendants and request that the above entitled and numbered action be dismissed, with prejudice, with each party to bear its own clerk of court costs.

This Joint Motion was circulated to and approved by all counsels of record.

Respectfully submitted,

**The Dill Firm, A.P.L.C.**

BY: _/s/ James M. Dill_
    _____
    JAMES M. DILL (Bar Roll #18868)
    825 Lafayette Street
    Post Office Box 3324
    Lafayette, Louisiana 70502-3324
    Telephone: (337) 261-1408
    Facsimile: (337) 261-9176
    ATTORNEY FOR GREAT WEST CASUALTY COMPANY, ROBERT HUNTER AND MONTGOMERY TRANSPORT LLC

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of March 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using CM/CF system. Notice of this filing will be sent to counsel for all parties to this proceeding by operation of the court's electronic filing system.

_/s/ James M. Dill_
_____
JAMES M. DILL

APPROVED AS TO FORM:

_/s/ James M. Dill_
_____
JAMES M. DILL (Bar Roll #18868)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
ATTORNEY FOR GREAT WEST CASUALTY COMPANY, ROBERT HUNTER AND MONTGOMERY TRANSPORT LLC

_____
Jeffrey Guerriero
Guerriero & Guerriero
2200 Forsythe Avenue
Monroe, LA 71201
ATTORNEYS FOR PLAINTIFFS

/s/ Ed Rundell
_____
Ed Rundell (#11539)
Gold, Weems, Bruser, Sues & Rundell
2001 MacArthur Drive
Alexandria, LA71307
and
Jason Gagnon
Brian T. Henebry
Carmody, Torrance, Sandak & Hennessey
50Leavenworth Street
Waterbury, CT 06721
ATTORNEYS FOR FONTAINE COMMERCIAL TRAILER

/s/ Matthew A. Ehrlicher
_____
Matthew A. Ehrlicher (#22352)
Maricle & Associates
#1 Sanctuary Boulevard, Suite 202
Mandeville, LA 70471
ATTORNEY FOR SOUTHLAND INTERNATIONAL TRUCKS, INC.

/s/ Kyle L. Potts
_____
Kyle L. Potts (#26472)
701 Poydras St, Suite 4500
New Orleans, LA 70139
ATTORNEY FOR TRANSCRAFT CORPORATION