UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| CHARLES L. DILLARD, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF REGINA R. DILLARD AND JACQUELINE DILLARD | : | CIVIL ACTION NO. 5:16-CV-00093 |
| VERSUS | : | JUDGE ELIZABETH E. FOOTE |
| ROBERT L. HUNTER, MONTGOMERY TRANSPORT, LLC, FONTAINE COMMERCIAL TRAILER, INC. AND GREAT WEST CASUALTY COMPANY | : | MAGISTRATE JUDGE KAREN HAYES |

## **ORDER**

Considering the foregoing Joint Motion to Dismiss with Prejudice:

It is hereby ordered, adjudged and decreed that the Joint Motion to Dismiss with Prejudice is GRANTED, and that any and all claims of CHARLES L. DILLARD, individually, and on behalf of the estate of Regina R. Dillard, and JACQUELINE DILLARD asserted in the above entitled and numbered cause against Defendants ROBERT L. HUNTER, MONTGOMERY TRANSPORT, LLC, GREAT WEST CASUALTY COMPANY, FONTAINE COMMERCIAL TRAILER, INC., TRANSCRAFT CORPORATION incorrectly referred to as Wabash National Corporation d/b/a Benson, and SOUTHLAND INTERNATIONAL TRUCKS, INC., be dismissed, with prejudice, with each party to bear its own clerk of court costs.

Signed in  Monroe , Louisiana this  29th  day of  March , 2017.

_____
U.S. MAGISTRATE JUDGE